IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 22  PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IOLA FORD on behalf of deceased husband,
HAYWARD FORD and IOLA FORD

v.

CAUSE NO.  05-2320 Ma V
JURY DEMANDED

EVANS DELIVERY A/K/A JOHN DOE I
JOHN DOE II, DRIVER OF THE VEHICLE

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held August 25, 2005. Present were Wanda Abioto, counsel for Plaintiff, and Scott McCullough, counsel for Defendant, Evans Delivery. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): September 8, 2005.

JOINING PARTIES:  October 25, 2005.

AMENDING PLEADINGS:  December 26, 2005.

INITIAL MOTIONS TO DISMISS:  January 25, 2006.

COMPLETING ALL DISCOVERY:  May 25, 2006.

    (a)    DOCUMENT PRODUCTION:  May 25, 2006.

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: May 25, 2006.

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-23-05

8

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: March 27, 2006.

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: April 25, 2006.

(3) EXPERT WITNESS DEPOSITIONS: May 25, 2006.

FILING DISPOSITIVE MOTIONS: June 26, 2006.

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended fro good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last four (4) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: August 22, 2005

APPROVED:

RICHARD GLASSMAN (#7815)
SCOTT McCULLOUGH (#19499)
Attorney for Defendant
26 North Second Street
Memphis, TN 38103
(901) 527-4673
Our File No. 05-264GJ


WANDA ABIOTO
1555 Madison Avenue
Memphis, TN 38106

C:\Documents and Settings\carol v\Local Settings\Temp\notes6030C8\~0646366.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02320 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

R. Scott McCullough
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT